UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KENNETH RICHARD BARBER JR., ) Case No. CV 13-2011 DMG (MRW)
)
      Petitioner, ) JUDGMENT
  vs. )
)
WARDEN JANDA, )
)
      Respondent. )
_____

Pursuant to this Court's Order filed concurrently herewith,

IT IS ADJUDGED that the petition is denied and this action is dismissed without prejudice.

DATE: August 30, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE